```
1  RONALD L. RICHMAN (SBN 139189)
   SUSAN J. OLSON (SBN 152467)
2  WILLIAM J. RUSTEEN (SBN 265388)
   BULLIVANT HOUSER BAILEY PC
3  601 California Street, Suite 1800
   San Francisco, California 94108
4  Telephone: 415.352.2700
   Facsimile: 415.352.2701
5  E-Mail:    ron.richman@bullivant.com
              susan.olson@bullivant.com
6             william.rusteen@bullivant.com

7  Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CEMENT MASONS TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,,<br><br>Plaintiffs,<br><br>vs.<br><br>SOAVE CONSTRUCTION, INC., formerly known as SOAVE-LEHRE CONSTRUCTION, INC., a California corporation; and MICHAEL ANTHONY SOAVE, an individual,<br><br>Defendants. | Case No.: 3:14-cv-01403 MEJ<br><br>**CASE MANAGEMENT STATEMENT;** [PROPOSED] **ORDER THEREON**<br><br>Date:   June 26, 2014<br>Time:   10:00 AM<br>Loc.:   Ctrm. B, 15th Flr., San Francisco<br>Before: Hon. Maria-Elena James |

Plaintiffs provide this abbreviated Case Management Conference Statement.

On March 26, 2014, Plaintiffs filed their Complaint For Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For Breach of Fiduciary Duty, And For Mandatory Injunction. (Docket no. 1.)

On April 7, 2014, service was effected on defendant Soave Construction, Inc. (Docket no. 8.)

– 1 –

CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER THEREON

1   　　　　As of May 8, 2014, Soave Construction had not filed a response to the Complaint. As a
2   result, plaintiffs requested that the Clerk enter the default of Soave Construction. (Docket no.
3   9.)
4   　　　　On May 12, 2014, the default as to Soave Construction was entered. (Docket no. 14.)
5   　　　　On May 21, 2014, substitute service was effected on defendant Michael Soave by
6   serving his wife, Martha Soave. (Docket no. 11.) Multiple attempts were made to serve
7   Michael Soave. (See Declaration of Diligence, Docket no. 11-2.)
8   　　　　On May 27, 2014, Michael Soave was also served by mail. (Docket no. 11-1.)
9   　　　　Michael Soave's response to the Complaint is not due until June 27, 2014.
10  　　　　As there is a case management conference currently scheduled for June 26, 2014 (i.e.
11  one day before Michael Soave's response is due), Plaintiffs respectfully request that this Court
12  continue the currently scheduled case management conference and related deadlines for
13  approximately sixty days.

15  DATED: June 5, 2014

16  　　　　　　　　　　　　　　　　　　　　　　BULLIVANT HOUSER BAILEY PC

18  　　　　　　　　　　　　　　　　　　　　By _William Rusteen_
　　　　　　　　　　　　　　　　　　　　　　　RONALD L. RICHMAN
19  　　　　　　　　　　　　　　　　　　　　　SUSAN J. OLSON
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM J. RUSTEEN
20
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
21  15040040.1

-2-
CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER THEREON

[~~PROPOSED~~] ORDER

Pursuant to the Plaintiffs' request to continue the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the June 26, 2014, case management conference be continued to August 28, 2014 at 10:00 a.m., Courtroom B, 15th floor. A case management statement shall be filed seven (7) days prior to the next scheduled case management conference. If plaintiffs file their motion for default judgment prior to the rescheduled case management conference, the case management conference will be vacated.

DATED: June 5, 2014

By _____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE