RONALD L. RICHMAN (SBN 139189)
SUSAN J. OLSON (SBN 152467)
WILLIAM J. RUSTEEN (SBN 265388)
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail:	ron.richman@bullivant.com
	susan.olson@bullivant.com
	william.rusteen@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEMENT MASONS TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,,<br><br>Plaintiffs,<br><br>vs.<br><br>SOAVE CONSTRUCTION, INC., formerly known as SOAVE-LEHRE CONSTRUCTION, INC., a California corporation; and MICHAEL ANTHONY SOAVE, an individual,<br><br>Defendants. | Case No.: 3:14-cv-01403 MEJ<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:	**August 28, 2014**<br>Time:	**10:00 a.m.**<br>Ctroom:	**B, 15th Floor**<br>	**Hon. Maria-Elena James** |

Plaintiffs provide this abbreviated Case Management Conference Statement.

On March 26, 2014, Plaintiffs filed their Complaint For Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For Breach of Fiduciary Duty, And For Mandatory Injunction ("Complaint").  On April 7, 2014, service was effected on defendant Soave Construction, Inc.  Soave Construction, Inc. failed to appear and on May 12, 2014 the Clerk of Court entered the default of Soave Construction, Inc.

On May 21, 2014, substitute service was effected on defendant Michael Soave by serving his wife, Martha Soave. On May 27, 2014, Michael Soave was also served by mail. Michael Soave failed to appear and on July 17, 2014 the Clerk of Court entered the default of Michael Soave. This matter is proceeding in default. Plaintiffs will have on file, by October 3, 2014, a motion for default judgment against both defendants.

Based on the above, Plaintiffs respectfully request that this Court continue the currently scheduled case management conference for approximately six weeks to allow plaintiffs to file their motion for default judgment against defendants.

DATED: August 20, 2014

                BULLIVANT HOUSER BAILEY PC

                By _/s/ Richman_____
                     RONALD L. RICHMAN
                     SUSAN J. OLSON
                     WILLIAM J. RUSTEEN

                Attorneys for Plaintiffs

## ORDER

Pursuant to the Plaintiffs' request to continue the case management conference and good cause appearing:

IT IS HEREBY ORDERED that August 28, 2014 case management conference be continued to __October 30__, 2014 at 10:00 a.m., Courtroom B, 15th floor. A case management statement shall be filed seven (7) days prior. If plaintiffs have filed their motion for default judgment prior to the continued case management conference, the case management conference will be vacated.

DATED: August 21, 2014

                By _____
                     HON. MARIA-ELENA JAMES
                     UNITED STATES MAGISTRATE JUDGE

15195196.1